JS 45
(01/2008)

## REDACTED

| Criminal Case Cover Sheet | | U.S. District Court |
|---|---|---|
| **Place of Offense:** | Under Seal: Yes X  No ___ | Judge Assigned: Ellis |
| City _____ | Superseding Indictment ___ | Criminal Number: 1:15-CR-245 |
| County/Parish _____ | Same Defendant ___ | New Defendant  X |
| | Magistrate Judge Case Number ___ | Arraignment Date: ___ |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |
| | Related Case Name and No: | U.S. v. Andriy Derkach, 12-CR-522 |

**Defendant Information:**

Juvenile  Yes ___  No X   FBI # _____

Defendant Name:  Aleksei Yurievich Burkov      Alias Name(s) "Aleksey Yurevich Burkov"

Address: [REDACTED] St. Petersburg, Russia

Employment: _____

Birth date [REDACTED]/1990  SS# [REDACTED]   Sex M  Def Race ___  Nationality ___  Place of Birth ___

Height ___  Weight ___  Hair ___  Eyes ___   Scars/Tattoos ___

Interpreter:  __No  ___Yes  List language and/or dialect: ___   Automobile Description ___

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____
___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody
 X  Arrest Warrant Requested     ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought        ___ Bond _____

**Defense Counsel Information:**

| Name: _____ | ___ Court Appointed | Counsel conflicted out: _____ |
|---|---|---|
| Address: _____ | ___ Retained | _____ |
| Telephone: _____ | ___ Public Defender | Federal Public Defender's Office conflicted out: ____ |

**U.S. Attorney Information:**

AUSA  Kellen S. Dwyer       Telephone No: 703-299-3707   Bar # _____

**Complainant Agency, Address & Phone Number   or Person & Title:**

Ronald Adams, U.S. Secret Service

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1029(a)(2) and 2(a) | Access Device Fraud | 2 | Felony |
| Set 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 3 | Felony |
| Set 4 | 18 U.S.C. §§ 1343 and 2(a) | Wire Fraud | 4 | Felony |

Date:  August 11, 2015     Signature of AUSA:  *[signature] Kellen Dwyer*