JS 45 (01/2008)

REDACTED

**Criminal Case Cover Sheet**                                                                                           **U.S. District Court**

**Place of offense:**             Under Seal: _X_ Yes    __ No    Judge Assigned:     T.S. Ellis, III

City _____ Superseding Indictment _X_    Criminal Number:     1:15-CR-245

County/Parish _____ Same Defendant ____X____ New Defendant _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20 / R 40 from District of _____

Related Case Name and No.: _____

**Defendant Information:**

Juvenile -- Yes _____ No _X_   FBI # _____

Defendant Name: _Aleksei Yurievich Burkov_____ Alias Name(s) _____

Address: _____

Employment: _____

Birth Date _xx-xx-1990_____ SS# _____ Sex _M__ Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: ___ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest date: _____

_____ Already in Federal Custody as of _____ in _____

_____ Already in State Custody       _____ On Pretrial Release    _____ Not in Custody

_____ Arrest Warrant Requested       _____ Fugitive               _____ Summons Requested

_____ Arrest Warrant Pending         _____ Detention Sought       _____ Bond _____

**Defense Counsel Information:**

Name: _____             _____ Court Appointed    Counsel conflicted out: _____

Address: _____          _____ Retained           _____

_____

Telephone: _____        _____ Public Defender Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Kellen Dwyer_____ Telephone No.: (703) 299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

_Erik Rasmussen, Special Agent_____

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1029(a)(2) and 2(a) | Access Device Fraud | 2 | Felony |
| Set 3 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 3 | Felony |

Date: _____   Signature of AUSA: _/s/ Kellen Dwyer_