AO 442 (Rev. 01/09) Arrest Warrant

9873519

NOV 1 2 2019

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
ALEKSEI YURIEVICH BURKOV,
a/k/a "Aleksey Yurevich Burkov,"

Defendant

Case No. 1:15-CR-245

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEKSEI YURIEVICH BURKOV
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud |
| 18 U.S.C. §§ 1029(a)(2) and 2(a) | Access Device Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. §§ 1343 and 2(a) | Wire Fraud |

Date: 08/13/2015

*G. Walker*
*Issuing officer's signature*

City and state: Alexandria, Virginia

G. WALKER, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/14/2015, and the person was arrested on *(date)* 11/12/2019
at *(city and state)* Dulles, VA

Date: 11/12/2019

*Arresting officer's signature*

PETER SMILLEN, DUSM
*Printed name and title*