TYPE OF HEARING: R5
CASE NUMBER: 15cr245
MAGISTRATE JUDGE: John F. Anderson
DATE: 11/12/19
TIME: 2pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Aleksei Yurievich Burkov

GOVT. ATTY: Kellen Dwyer
DEFT'S ATTY: w/out counsel
DUTY AFPD: _____
INTERPRETER/LANGUAGE: Russian / Rasid Nasibov

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL (X)   FPD ( )   CJA (X)   Conflict List (X)

Gov't is seeking detention — granted pending DH.

BOND: Deft remanded.

NEXT COURT APPEARANCE: 11/15/19    TIME: 2pm
DH - JFA
11/22/19 @ 9am
AR - TSE

14 min