IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:15-CR-245 |
| ALEKSEI YURIEVICH BURKOV, | |
| Defendant. | |

ORDER

Upon consideration of the government's motion to unseal, it is hereby

ORDERED that the above-captioned case is UNSEALED; it is further

ORDERED that docket entries 5, 6, 8-12, and 17-18, remain SEALED until further order of the Court.

/s/
John F. Anderson
United States Magistrate Judge

JOHN F. ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: Nov. 12, 2019

Alexandria, Virginia