AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cr-245 |
| Aleksei Burkov | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/26/2019

/s/ Laura Fong
*Attorney's signature*

Laura Fong
*Printed name and bar number*

Computer Crime & Intellectual Property Section
1301 New York Ave. NW, Suite 600
Washington, DC 20005
*Address*

laura.fong@usdoj.gov
*E-mail address*

(202) 514-1026
*Telephone number*

(202) 514-6113
*FAX number*