# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 01/23/2020                                                                    Case #: 1:15-cr-00245-TSE-1
Time: 03:42 p.m. – 05:25 p.m. (01:43)                    Interpreter/Lang: Roman Volsky/Russian

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Patricia Kaneshiro-Miller |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
    v.                      Deft appeared: [ X ] in person        [ ] failed to appear
                                      [ X ] with Counsel       [ ] without Counsel
**ALEKSEI YURIEVICH BURKOV**                 [ ] through Counsel

| | LAURA FONG |
|---|---|
| GREGORY STAMBAUGH | KELLEN DWYER |
| **Counsel for Defendant** | **Counsel for Government** |

**Matter called for:**
[ ] Pre-Indictment Plea        [ X ] Change of Plea        [ ] Plea Agreement

**Filed in open court:**
[ ] Information    [ X ] Plea Agreement  [ X ] Statement of Facts    [ ] Waiver of Indictment

**Arraignment & Plea:**
  [ ] WFA    [ ] FA    [ ] PG

**Plea:**
[ X ] Deft entered a Plea of Guilty as to Count(s) 2 and 5 of the  [ X ] Superseding Indictment    [ ] Information

[ X ] Plea accepted by the Court.

[ ] Deft waived right to PSI and consent to proceed with sentencing.

[ X ] Motion for Dismissing Count(s) 1, 3, and 4     by [ X ] US or [ ] Deft

[ X ] Order entered in open court        [ ] Order to follow

[ X ] Deft directed to USPO for PSI    [ X ] Yes    [ ] No

[ X ] Case continued to: **MAY 8, 2020** at **09:00 A.M.** for:

      [ ] Jury Trial    [ ] Bench Trial    [ ] Pre-Guidelines Sentencing    [ X ] Guidelines Sentencing

- Government advised the court of Motion [36] previously filed. Court GRANTED the motion in open court and will sign the proposed order.

[ X ] Deft remanded    [ ] Deft Released on Bond    [ ] Deft Continued on same bond conditions

\#    Cancel previously scheduled Jury Trial of: April 21, 2020 at 10:00 a.m.