

FILED
IN OPEN COURT

JAN 2 ...

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:15-CR-245 |
| v. | The Honorable T.S. Ellis, III |
| ALEKSEI YURIEVICH BURKOV, a/k/a "Aleksey Yurevich Burkov," | |
| *Defendant*. | |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, respectfully moves the Court to dismiss counts one, three, and four of the superseding indictment in the above captioned case.

WHEREFORE, the undersigned requests that the Court dismiss counts one, three, and four of the superseding indictment.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Kellen S. Dwyer
Assistant United States Attorney