IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:15-CR-245 |
| v. | The Honorable T.S. Ellis, III |
| ALEKSEI YURIEVICH BURKOV, a/k/a "Aleksey Yurevich Burkov," | |
| *Defendant.* | |

### ORDER

The motion of the United States to dismiss counts one, three, and four of the superseding indictment in the above captioned case is hereby granted. It is therefore ORDERED that counts one, three, and four of the superseding indictment in this case are DISMISSED.

It is so ORDERED.

Date: 1/23/20
Alexandria, Virginia

The Honorable T.S. Ellis III
United States District Judge