# SENTENCING MINUTES

| | |
|---|---|
| Date: 06/26/2020 | Judge: **T.S. ELLIS III** |
| | Reporter: P. Kaneshiro-Miller |
| | Time: 09:22 a.m. – 09:49 a.m. |
| | 10:15 a.m. – 10:27 a.m. |
| | ( 00:39 ) |
| | Case Number: 1:15-cr-00245-TSE-1 |

UNITED STATES OF AMERICA               Counsel/Govt:  Kellen Dwyer, Alexander Berrang

v.

ALEKSEI YURIEVICH BURKOV               Counsel/Deft:  Gregory Stambaugh
                                        Russian Interpreter:  Roman Volsky

Court adopts PSI ( X )        without exceptions ( X )        with exceptions:

**SENTENCING GUIDELINES:**
Offense Level:  39
Criminal History:  I
Imprisonment Range:  120 months: Count 2
                     60 months: Count 5
Supervised Release Range:  1 to 3 years: Count 2
                           1 to 3 years: Count 5
Fine Range: $25,000 to $250,000
Restitution $TBD
Special Assessment $100 on each of Counts 2, 5

**JUDGMENT OF THE COURT:**
- BOP for a total of 108 months with credit for time served for his period of incarceration both in Israel and in the United States. This term of imprisonment consists of 108 months on Count 2 and 60 months on Count 5, to run concurrently with each other.
- Supervised Release for 3 Years on each of Counts 2 and 5 to run concurrently, with special conditions
- ( X )Restitution of $7,000.63 due immediately/ monthly installments of $100 or 25% of net income to begin w/in 60 days of release from custody; Interest waived.
- No punitive fines imposed.
- Special Assessment $100 on each of Counts 2 and 5
- Order of Forfeiture and Restitution Order entered in open court.
- Defendant advised of his right to appeal within 10 days.

**SPECIAL CONDITIONS**:
- The defendant shall not engage in any credit card transactions without prior approval of the probation officer.

**RECOMMENDATIONS to BOP**:

| | |
|---|---|
| X | Dft. To be designated to:  a facility close to the Eastern District of Virginia. |
| ___ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ___ | Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP) |
| ___ | Other:_____ |

Deft: ( X ) Remanded    (  ) Cont'd on Bond to Self-Surrender    (  ) Referred to USPO    (  ) Immediate Deportation