AO 245B (Rev. 09/11)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA
v.

ALEKSEI YURIEVICH BURKOV
a/k/a "Aleksey Yurevich Burkov"
Defendant.

Case Number: 1:15-cr-00245-TSE-1

USM Number: 93914-083

Defendant's Attorney: Gregory E. Stambaugh, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 2 and Count 5 of the Superseding Indictment.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. § 1029(a)(2) and 2(a) | Access Device Fraud | Felony | 08/2013 | 2 |
| 18 U.S.C. § 371 | Conspiracy to Commit Access Device Fraud, Identity Theft, Computer Intrusion, Wire Fraud, and Money Laundering | Felony | 12/13/2015 | 5 |

On motion of the United States, the Court has dismissed the remaining counts in the superseding indictment (Count 1, 3, and 4) as to defendant ALEKSEI YURIEVICH BURKOV.

As pronounced on June 26, 2020, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 26th day of June, 2020.

/s/
T. S. Ellis, III
United States District Judge

Defendant's Name: **BURKOV, ALEKSEI YURIEVICH**
Case Number: **1:15-cr-00245-TSE-1**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED AND EIGHT (108) MONTHS with credit for time served for his period of incarceration both in Israel and in the United States.

This term of imprisonment consists of ONE HUNDRED AND EIGHT (108) MONTHS on Count 2 and SIXTY (60) MONTHS on Count 5, to run concurrently with each other.

The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant be designated to serve his sentence at a facility close to the Eastern District of Virginia.

The defendant is remanded to the custody of the United States Marshal.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on 9-21-2020 to The Geo Group, Inc. Moshannon Valley Correctional Facility, 555 Geo Drive
at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL