IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSEI YURIEVICH BURKOV,<br>    a/k/a "Aleksey Yurevich Burkov,"<br><br>*Defendant.* | No. 1:15-CR-245<br><br>The Honorable T. S. Ellis, III |

## MOTION TO SEAL

The United States of America, through undersigned counsel, pursuant to Local Criminal Rule 49 of the United States District Court for the Eastern District of Virginia, respectfully requests that the Court seal certain documents accompanying this motion.

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By: /s/ Alexander P. Berrang
Alexander P. Berrang
Jonathan S. Keim
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.p.berrang@usdoj.gov
Email: jonathan.keim@usdoj.gov

Alison Zitron
Trial Attorney
Computer Crime and Intellectual Property Section
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20005
Alison.Zitron@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel of record in this case. I also provided an electronic copy to all counsel of record by means of electronic mail.

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By: /s/ *Alexander P. Berrang*
Alexander P. Berrang
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: Alexander.P.Berrang@usdoj.gov