FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2015 SEP 22  P 3: 25

UNITED STATES OF AMERICA

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

v.

Case No. 1:15-CR-245

ALEKSEI YURIEVICH BURKOV,
a/k/a "Aleksey Yurevich Burkov,"

**Filed Under Seal**

DEFENDANT.

## GOVERNMENT'S MOTION TO MODIFY SEALING ORDER

The United States of America by and through its attorneys, Dana J. Boente, Acting

United States Attorney, Eastern District of Virginia, and Kellen S. Dwyer, Assistant United

States Attorney, respectfully requests a modification of the order sealing the indictment.

On August 13, 2015, a grand jury returned a four-count indictment charging the

defendant, Aleksei Yurievich Burkov, with Conspiracy to Commit Access Device Fraud, Access

Device Fraud, Conspiracy to Commit Wire Fraud, and Wire Fraud.   At the Government's

request, the Court issued a sealing order on the same day, requiring that the indictment and arrest

warrant be "sealed, except for the limited purpose of providing required information to the law

enforcement officers involved in the investigation of this case or assisting in the apprehension of

the defendant."

The Government believes that the defendant is currently in Finland and is working with

Finnish authorities in an attempt to locate and arrest the defendant.   Accordingly, the

Government respectfully requests that the Court modify the sealing order to permit the

Government to provide the indictment and arrest warrant to such foreign government authorities

and U.S. diplomatic officials as necessary to obtain the arrest, detention, and extradition of the

defendant.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney


By:    _Kellen Dwyer_____
       Kellen S. Dwyer
       Assistant United States Attorney