IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSEI YURIEVICH BURKOV,<br>a/k/a "Aleksey Yurevich Burkov,"<br><br>DEFENDANT. | Case No. 1:15-CR-245<br><br>**Filed Under Seal** |

## ORDER MODIFYING PRIOR ORDER TO SEAL INDICTMENT

The Sealing Order issued by this Court on August 13, 2015 is hereby modified to permit the Government to provide the indictment and arrest warrant to such foreign government authorities and U.S. diplomatic officials as necessary to obtain the arrest, detention, and extradition of the defendant, Aleksei Yurievich Burkov.

Date: 9/22/15
Alexandria, Virginia

T.S. Ellis, III
UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

Kellen S. Dwyer
Assistant United States Attorney

/s/
T. S. Ellis, III
United States District Judge