IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

ALEKSEI YURIEVICH BURKOV,

Defendant.

Case No. 1:15-CR-245

Hon. T.S. Ellis, III

**Filed Under Seal**

Before the Court is the Government's motion for an order requiring TravelPort, LP ("TravelPort") to assist law enforcement agents in the arrest of a known fugitive. It appearing, to the satisfaction of the Court, that there is reason to believe that the information sought in said application will aid in the execution of a federal arrest warrant as well as the investigation and prosecution of criminal activities, namely violations of 18 U.S.C. §§ 1343 and 1029(a)(2), it is hereby ORDERED, pursuant to the All Writs Act, Title 28, United States Code, Section 1651(a), that the Authorized Custodian of Records of TravelPort, LP ("TravelPort"), or its designees, assist in the execution of a federal arrest warrant by providing to the United States Attorney and his designees and/or the United States Secret Service ("USSS"), all records and services for any accounts associated with the following information:

Name: Aleksei Yurievich Burkov
Alias(es): Aleksey Yurevich Burkov, Aleksey Vershinskiy
Address: St. Petersburg, Leningrad Skaya Oblast
Passport number: ▮▮▮▮▮▮▮▮

(the "Traveler").

It is further ORDERED that TravelPort shall provide the United States Attorney and/or representatives of the USSS complete and contemporaneous "real time" account activity information of the Traveler on a weekly, ongoing basis by telephone contact, email, and/or facsimile transmission, for a period of two years from the date of this Order, unless sooner

renewed. TravelPort shall not intercept, nor shall TravelPort provide, the content of any wire or electronic communications.

It is further ORDERED that this Order and Application are sealed until otherwise ordered by the Court, and that TravelPort, LP and its agents and employees shall not disclose the existence of, or the information disclosed pursuant to, the Application and this Order of the Court to any person, except to an attorney for the purpose for receiving legal advice, or to authorized representatives of the United States Attorney and his designees, or to the USSS, unless and until further order of this Court.

Signed,

Date: 11/18/15

Hon. T.S. Ellis, III
UNITED STATES DISTRICT JUDGE

/s/
T. S. Ellis, III
United States District Judge